UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ERNISA BARNWELL,**

    **Petitioner,**

v.                                    Case No. 8:23-cv-1587-WFJ-UAM

**CITY OF SAINT PETERSBURG,**
et al.,

    **Respondents.**
_____/

## ORDER

    Plaintiff Ernisa Barnwell requests that this case be heard by a federal judge instead of a federal magistrate judge. (Doc. 7). "Each district court shall establish rules pursuant to which the magistrate judges shall discharge their duties." 28 U.S.C. § 636(b)(4). Under Local Rule 1.02(a), M.D. Fla., "[a] United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States."

    District courts have "inherent authority to manage [their] own docket so as to achieve the orderly and expeditious disposition of cases." *Chinweze v. Bank of Am.*, 782 F. App'x 972, 976–77 (11th Cir. 2019) (citing *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009)) (alteration in original). The Court properly referred Ms. Barnwell's

1

motion to proceed *in forma pauperis* (Doc. 2) to the magistrate judge for disposition.

Accordingly, it is **ORDERED** that Ms. Barnwell's motion (Doc. 7) is **DENIED**.

**ENTERED** in Tampa, Florida on September 11, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

cc:

Ernisa Barnwell
76 4th St. N #1554
Saint Petersburg, FL 33733